IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GERRY NELL SPEARS                                                      PLAINTIFF

v.                              No. 4:14-cv-243-DPM

3M COMPANY                                                              DEFENDANT

## ORDER

Unopposed motion to dismiss, № 16, granted.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 May 2015