IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GERRY NELL SPEARS                                                           PLAINTIFF

v.                              No. 4:14-cv-243-DPM

3M COMPANY                                                                  DEFENDANT

## JUDGMENT

This case is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 May 2015